UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF NORTH CAROLINA

CERTIFICATION OF ADR SESSION

Freddie L. Williams,
    Plaintiff,

    v.                                    Case No: 5:21-CV-00032-KDB-DSC

The Town of Mooresville,.
    Defendant.

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process.

__x__ An Alternate Dispute Resolution session was not held because the parties resolved the matter before mediation.

The ADR session was:

____ Mediation Session

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

____ Plaintiff and counsel.

____ Designated corporate representatives

____ Required claims professionals

_____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

__ The case has been completely settled. Counsel will promptly notify the Court of settlement by the filing of the appropriate documents governing the settlement of all claims.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

___ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process.

M. Ann Anderson  May 13, 2022
Mediator


_M. Ann Anderson_
M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621