IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-cv-00032 – KDB - DSC

| | |
|---|---|
| FREDDIE L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE TOWN OF MOORESVILLE, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Freddie L. Williams and Defendant The Town of Mooresville, through their respective counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear their own costs.

This 12th day of August, 2022.

| /s/ Geraldine Sumter | /s/ C. Grainger Pierce, Jr. |
|---|---|
| Geraldine Sumter | C. Grainger Pierce, Jr. |
| N.C. Bar No: 11107 | Van Hoy, Reutlinger, Adams & Pierce, PLLC |
| Ferguson, Chambers & Sumter, P.A. | 737 East Boulevard |
| 309 E. Morehead Street, Suite 110 | Charlotte, North Carolina 28203 |
| Charlotte, North Carolina 28202 | Telephone: 704/375-6022 |
| Telephone: 704.375.8461 | E-Mail: Grainger.pierce@vraplaw.com |
| E-mail: gsumter@fergusonsumter.com | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |